IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Heather Lynne Hartline
   Plaintiff,

vs.     Civil Action No. 21-cv-452-JB

Souvenir City Inc
   Defendant(s)

## COMPLAINT

1. Plaintiff resides at 521 East 22nd Ave Gulf Shores AL 36542
2. Name(s) of defendant(s) Clyde Weir, Paul Johnson, Tina Royster
3. Location of principal office(s) of the named defendant(s) Souvenir City Inc 217 Gulf Shores Parkway, Gulf Shores AL 36542
4. Nature of business of defendant(s) Souvenir City INC Gulf Shores Parkway Gulf Shores AL 36542
5. Approximate number of individuals employed by defendant(s) 100
6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) X Other acts as specified below: ~~Disabablity Discrior~~ Disability Discrimination during covid-19. I was the only asked to get covid test and because of my epilsply I was high risk they separtated me.

Rev. 8/2015

7. Plaintiff is:

   (A) \_\_\_\_ Presently employed by the defendant.

   (B) _X_ Not presently employed by the defendant.

   The dates of employment were _11/20/19 - 6/27/20_

   (1) \_\_\_\_ Plaintiff was discharged.

   (2) \_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) \_\_\_\_ Race         \_\_\_\_ Sex

   \_\_\_\_ Color           \_\_\_\_ National Origin

   \_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) _X_ Physical disability

   \_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) _47_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Souvenir CITY INC Tina Royster_

10. The alleged discrimination occurred on or about _6/27/20_

11. The nature of my complaint, i.e., the manner in which the individual(s) named above _I was taken off schedule and no one told me, I go in to work on 6/27/20 with Dr. exuse and I was told by manangment Renee Carswell to clock out and have covid-19 test and till results come in not to come back to work and to contact Tina Royster_

discriminated against me in terms of the conditions of my employment, is as follows:

They used my disabaltly to get rid of during Covid-19 and I followed everything I was suppose to do. I have letters of negative test results and letters from ~~Epiis~~ Epilepsy Doctor saying I could work. I was told by Tina Royster I was high risk and to file for my unemployment, disababilty and SSI and I wanted to work.

12. The alleged illegal activity took place at Soovenir City INC Gulf Shores Tanwoody Gulfshoro S AL

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 12/21/20

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 7/16/21

14. I seek the following relief:

   (A) ✓ Recovery of back pay.

   (B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: Oct. 12, 2021

Signature of Plaintiff

Heather Hartine
Address of Plaintiff: PO Box 372 Foley AL 36536

Telephone Number of Plaintiff: (251) 215-3340






1007   36602   $27.10
R2304E106786-02

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL      PRESS FIRMLY T

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**



EI 006 852 355 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 251 ) 215 3340
HEATHER HARTLINE
PO BOX 372
Foley AL 36536

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code 36535 | Scheduled Delivery Date (MM/DD/YY) 10.13.21 | Postage $ 27.10 | |
| Date Accepted (MM/DD/YY) 10.12.21 | Scheduled Delivery Time ☑ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 10.10 ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 27.10 | |
| Weight  2 lbs.  oz.  ☐ Flat Rate | Acceptance Employee Initials A02 | | |

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )
United States District Court
Southern District of Alabama
155 St. Joseph St
Mobile AL 36602    205

ZIP + 4® (U.S. ADDRESSES ONLY)

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) 10/13   Time 13:32 ☐ AM ☐ PM   Employee Signature V. Wls
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

◀ **PEEL FROM THIS CORNER**



