## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| HEATHER LYNNE HARTLINE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 21-0452-JB-MU |
| SOUVENIR CITY, INC., | : | |
| Defendant. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated December 1, 2021 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 5th day of January, 2022.

/s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE