**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| HEATHER LYNNE HARTLINE, | : |
| Plaintiff, | : |
| vs. | :  CA 21-0452-JB-MU |
| SOUVENIR CITY, INC., | : |
| Defendant. | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Heather Lynne Hartline's complaint (Doc. 1) be **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 41(b), due to her failure to prosecute this action by complying with this Court's lawful orders dated and entered October 14, 2021 and November 15, 2021.

**DONE** and **ORDERED** this the 5th day of January, 2022.

/s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE